JENNINGS & FULTON, LTD.
JARED B. JENNINGS, Esq.,
Nevada Bar No. 7762
Email: jjennings@jfnvlaw.com
ADAM R. FULTON, Esq.,
Nevada Bar No. 11572
Email: afulton@jfnvlaw.com
2580 Sorrel St.
Las Vegas, Nevada 89146
Telephone (702) 979-3565
Facsimile (702) 362-2060
*Attorneys for Defendant Jill Bryner*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>v.<br><br>LONE MOUNTAIN QUARTETTE COMMUNITY ASSOCIATION; JILL BRYNER; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:17-cv-01434-KJD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND THE DEFENDANTS' DEADLINE TO FILE RESPONSIVE MOTIONS TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Plaintiff, Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP (**BANA**) and defendants Lone Mountain Quartette Community Association (**Lone Mountain**) and Jill Bryner (collectively **parties**) stipulate to extend the Defendants' deadline for responsive pleadings to Plaintiff's Motion For Partial Summary Judgment.

1

**JENNINGS & FULTON, LTD.**
6465 W. Sahara Ave., Suite 103
Las Vegas, NV 89146
702.979.3565

This lawsuit involves claims for quiet title/declaratory relief related to the December 30, 2010 non-judicial homeowners' association foreclosure sale conducted on the property located at 4155 Sparrow Rock Street, Las Vegas, Nevada 89129 (**HOA Sale**) under NRS § 116.3116 *et seq.* (**HOA Foreclosure Statute**).

BANA filed a Motion For Partial Summary Judgment on November 14, 2017, with Defendants' responsive motions due by December 5, 2017 (ECF No. 13). The Parties participated in mediation on November 6, 2017, in which a viable settlement was discussed and the parties agreed that the discussed terms were reasonable enough to continue working on a resolution and settlement. Therefore, in the interest of judicial economy, the parties respectfully request to extend the deadline for Defendants to file their responsive motions to Plaintiff's Partial Motion for Summary Judgment for an additional **5 WEEKS (due January 9, 2018)** and extend any hearings that may be associated with this Motion for Partial Summary Judgment therewith.

| | |
|---|---|
| DATED November 22, 2017 | DATED November 22, 2017. |
| **AKERMAN LLP** | **THE CLARKSON LAW GROUP, P.C.** |
| | |
| */s/ Vatana Lay, Esq.* | */s/ Matthew McAlonis, Esq.* |
| MELANIE D. MORGAN, ESQ. | ADAM H. CLARKSON, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 10003 |
| VATANA LAY, ESQ. | MATTHEW McALONIS, ESQ. |
| Nevada Bar No. 12993 | Nevada Bar No. 11203 |
| 1160 Town Center Drive, Suite 330 | 2300 W. Sahara Avenue, Suite 950 |
| Las Vegas, NV 89144 | Las Vegas, Nevada 89102 |
| | |
| *Attorneys for Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP* | *Attorneys for Defendant Lone Mountain Quartette Community Association* |

///

///

///

2

**JENNINGS & FULTON, LTD.**
6465 W. Sahara Ave., Suite 103
Las Vegas, NV 89146
702.979.3565

DATED November 22, 2017
**JENNINGS & FULTON, LTD.**

*/s/ Jared B. Jennings, Esq.*
JARED B. JENNINGS, ESQ.
Nevada Bar No. 7762
2580 Sorrel Street
Las Vegas, NV 89146

*Attorney for Jill Bryner*

## ORDER

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 5, 2017

3