MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>v.<br><br>LONE MOUNTAIN QUARTETTE COMMUNITY ASSOCIATION; JILL BRYNER; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:17-cv-01434-KJD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE AND DEADLINE FOR DEFENDANTS TO RESPOND TO BANK OF AMERICA'S PARTIAL MOTION FOR SUMMARY JUDGMENT** |

Plaintiff, Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP (**BANA**) and defendants Lone Mountain Quartette Community Association (**Lone Mountain**) and Jill Bryner (collectively **parties**) stipulate and agree as follows:

1. On November 14, 2017, BANA filed a motion for partial summary judgment, related to whether the HOA Sale can extinguish BANA's interest. *See Bourne Valley Ct. Tr. v. Wells Fargo*

1

43778851;1

*Bank, N.A.*, 832 F.3d 1154 (9th Cir. 2016), *cert. denied*, 137 S. Ct. 2296 (June 26, 2017). ECF No. 23.

2. All discovery was stayed pending resolution of BANA's motion for partial summary judgment and Lone Mountain's motion to dismiss, which was fully briefed. ECF No. 22.

3. The deadline for defendants' responses to BANA's motion, originally December 5, 2017, was extended until January 9, 2018 due to parties' settlement discussions. ECF No. 28.

4. The deadline for all parties to file dispositive motions was January 3, 2018.

5. The parties are continuing settlement discussions and determining whether additional discovery is needed or additional motions need to be filed.

///

///

///

43778851;1

6. In the interest of judicial economy, the parties respectfully request an extension of time through and including February 14, 2018 to file any dispositive motions; and through and including March 14, 2018 to respond to those motions including, but not limited to, BANA's pending motion for summary judgment.

DATED January 9, 2018

**AKERMAN LLP**

*/s/ Vatana Lay, Esq.*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144

*Attorneys for Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP*

DATED January 9, 2018.

**THE CLARKSON LAW GROUP, P.C.**

*/s/ Brian P. Nestor, Esq.*
ADAM H. CLARKSON, ESQ.
Nevada Bar No. 10003
BRIAN P. NESTOR, ESQ.
Nevada Bar No. 13551
2300 W. Sahara Avenue, Suite 950
Las Vegas, Nevada 89102

*Attorneys for Defendant Lone Mountain Quartette Community Association*

DATED January 9, 2018

**JENNINGS & FULTON, LTD.**

*/s/ Jared B. Jennings, Esq.*
JARED B. JENNINGS, ESQ.
Nevada Bar No. 7762
2580 Sorrel Street
Las Vegas, NV 89146

*Attorney for Jill Bryner*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 10, 2018

3

43778851;1